**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LUCAS WILLIAMS**                                                         **PLAINTIFF**

v.                                                      **No. 3:26-cv-00008-MPM-JMV**

**SERGIO JIMENEZ,** *et. al.*                                      **DEFENDANTS**

**ORDER**

On consideration of the record of this action, the Court finds that the Report and Recommendation [4] of the United States Magistrate Judge dated January 9, 2026, recommended dismissal of this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B); that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [4] is **APPROVED AND ADOPTED** as the order of this Court. The case is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

A separate judgment in accordance with this order will be entered on this date.

**SO ORDERED** this 3rd day of February, 2026.

                                                             /s/Michael P. Mills
                                                             UNITED STATES DISTRICT JUDGE
                                                             NORTHERN DISTRICT OF MISSISSIPPI